383 P.3d 139

Bert KAPAHU, Plaintiff–Appellant,

v.

SAM'S CLUB WEST, INC.,
Defendant–Appellee,

and

John Does 1–5, Jane Does 1–5, Doe Corporations 1–5, Doe Partnerships 1–5, Doe Non–Profit Organizations 1–5, and Doe Governmental Agencies 1–5, Defendants

NO. CAAP–13–0006152

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
August 31, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 12–1–0071)

MEMORANDUM OPINION

Vacated. Remanded.

383 P.3d 139

Juvylyn Ea BANTOLINA,
Plaintiff-Appellant,

v.

Marc B. BANTOLINA, Defendant-Appellee

NO. CAAP-14-0001371

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
August 31, 2016.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 10-1-6774)

MEMORANDUM OPINION

Affirmed. Remanded.

383 P.3d 139

Theodorico ERUM, Jr., Plaintiff-Appellant,

v.

COUNTY OF KAUAʻI, Defendant-Appellee, and Glenn P. Belisle, Defendant-Appellee

NO. CAAP-14-0000361

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
September 6, 2016.

APPEAL FROM THE CIRCUIT OF THE FIFTH CIRCUIT
(CIVIL NO. 13-1-0216)

SUMMARY DISPOSITION ORDER

Affirmed.

383 P.3d 139

In The INTEREST OF TH

Nos. CAAP–15–000954 & CAAP–15–0000955

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
September 9, 2016.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT (FC–S NO. 14–1–00114)

SUMMARY DISPOSITION ORDER

Affirmed.